# Court of Appeals
# of the State of Georgia

ATLANTA,  February 23, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0034. LARRY EAGLES v. THE STATE.

On October 4, 2021, Larry Eagles was convicted of two counts of misdemeanor battery. On October 7, 2021, Eagles filed in the trial court a notice of appeal directed to this Court. On February 22, 2023, Eagles filed the instant motion for emergency relief, in which he requests that this Court (1) retain jurisdiction of this matter, (2) vacate his conviction, (3) rehear this case or transfer it to a different courtroom with a different judge, and (4)  grant other relief it deems proper and just.

Granting Eagles' requests for relief are unnecessary at this time because he has filed a timely notice of appeal. See OCGA § 5-6-38 (a) ("A  notice  of  appeal  shall  be  filed  within  30  days  after  entry  of  the  appealable decision or judgment complained of [.]"). In that appeal, he can raise the alleged errors regarding the withdrawal of counsel and his right to appointed counsel asserted in his request for emergency relief from this Court. Accordingly, his requests fail to meet the standard for emergency relief as contemplated by Court of Appeals Rule 40 (b) ("In the exercise of its inherent power, this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. . .").

For the foregoing reasons, the motion for emergency relief is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __02/23/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*